# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO 10
Rev. 1/2007

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, RICHARD W | U.S. DISTRICT COURT , D.D.C. | 07/19/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination. Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | ●1/01/2006 <br> to <br> 12/31/2006 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, BOARD OF TRUSTEES | VASSAR COLLEGE |
| 2. | POWER OF ATTORNEY | WACHOVIA ACCOUNTS 1+2 |
| 3. | CO-PERSONAL REPRESENTATIVE | ESTATE #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 JUL 24 A 11: 05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/19/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children  See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. VASSAR COLLEGE | JANUARY 7, FEBRUARY 9-11, MAY 11-14, 27-28, OCTOBER 27-29, POUGHKEEPSIE, NY AND NEW YORK, N.Y. MTGS. OF BD. OF TRUSTEES AND |
| 2. VASSAR COLLEGE (Cont'd) | PRESIDENTIAL INAUGURATION ( TRANSPORTATION. MEALS AND LODGING PROVIDED) |
| 3. HARVARD LAW SCHOOL | SEPTEMBER 25-29: CAMBRIDGE . MA GUEST FACULTY FOR WORKSHOP (TRANSPORTATION. SOME MEALS, OTHER MEALS & LODGING PROVIDED) |
| 4. NEW YORK INTELLECTUAL PROPERTY LAWYERS ASSN. | MARCH 24-25: NEW YORK, N.Y.: ANNUAL DINNER HONORING FEDERAL JUDICIARY. ( TRANSPORTATION. MEALS AND LODGING PROVIDED) |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/19/2007 |

5.   ASPEN INSTITUTE                 MARCH 31-APRIL 2: WYE. MD. INTERNATIONAL HUMAN RIGHTS SEMINAR. (TRANSPORTATION. MEALS AND LODGING PROVIDED)

6.   DC BAR                          JUNE 13: WASHINGTON D.C. CLE LECTURER . (PARKING)

7.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/19/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/19/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | JAMES DEGRAFFENREIDT | FOUR TICKETS TO GAME AT FEDEX FIELD | $ 700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION ACCOUNTS | D | Interest | M | T | NONE | | | | |
| 2. CHASE MANHATTAN BANK ACCOUNTS | A | Interest | | | CLOSED | 08/30 | K | | |
| 3. CITIBANK ACCOUNTS | D | Interest | O | T | NONE | | | | |
| 4. DELHAZE AMERICA COMMON STOCK | A | Dividend | J | T | NONE | | | | |
| 5. SMALL CLAIMS JUDGEMENT AGAINST JOHN BOWEN | | None | J | T | NONE | | | | |
| 6. SUNTRUST BANK (IRA) (2CDS) | A | Interest | J | T | NONE | | | | |
| 7. SMITH BARNEY (IRA) (TREASURY COUPON BOND) | A | None | K | T | NONE | | | | |
| 8. PRUDENTIAL RETIREMENT KEOGH: THORNBURG INTL FUND. | D | Interest | K | T | NONE | | | | |
| 9. PRUDENTIAL RETIREMENT KEOGH: AMERICAN FNDS GROWTH FND OF AME | B | Interest | K | T | NONE | | | | |
| 10. PRUDENTIAL RETIREMENT KEOGH: FIDELITY CONTRAFUND | D | Interest | M | T | NONE | | | | |
| 11. PRUDENTIAL RETIREMENT KEOGH: GUAR INCOME FUND | B | Interest | L | T | NONE | | | | |
| 12. PRUDENTIAL RETIREMENT KEOGH: DAVIS NY VENTURE FND | D | Interest | M | T | NONE | | | | |
| 13. PRUDENTIAL RETIREMENT : INV. SMALL CAP | B | Interest | K | T | NONE | | | | |
| 14. PRUDENTIAL RETIREMENT: 401(K) (IRA) DAVIS NY VENTURES FND | D | Interest | L | T | NONE | | | | |
| 15. PRUDENTIAL RETIREMENT: 401(K) (IRA) FIDELITY CONTRAFUND | D | Interest | L | T | NONE | | | | |
| 16. PRUDENTIAL RETIREMENT: 401(K) (IRA): GROWTH INV SM COMP | B | Interest | K | T | NONE | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/19/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div.. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. PRUDENTIAL RETIREMENT: 401(K) (IRA): PIMCO | A | None | K | T | NONE | | | | |
| 18. CHARLES SCHWAB: (SPRINT AND EMBARQ STOCK) | A | Dividend | M | T | NONE | | | | |
| 19. ███ 401(K) (FIDELITY) | D | Dividend | M | T | NONE | | | | |
| 20. FEDERATED CAPITAL RESERVES | A | Dividend | K | T | NONE | | | | |
| 21. WACHOVIA ACCOUNT | A | Interest | | | CLOSED | 01/21 | J | | |
| 22. PRUDENTIAL RETIREMENT: 401(K) (IRA) THORNBURG INTL FND | B | Interest | J | T | NONE | | | | |
| 23. FIDELITY INVESTMENTS:( SPRINT AND EMBARQ STOCK) | A | Dividend | J | T | NONE | | | | |
| 24. VCSP COLLEGE AMERICA | E | Dividend | M | T | NONE | | | | |
| 25. NUVEEN PFD STOCK | A | Dividend | J | T | NONE | | | | |
| 26. WACHOVIA ACCOUNT #1 (POA) | A | Interest | K | W | NONE | | | | |
| 27. WACHOVIA ACCOUNT #2 (POA) | A | Interest | K | W | NONE | | | | |
| 28. ESTATE #2. PROPERTY #1 WASHINGTON, D.C. | | None | N | W | | | | | |
| 29. ESTATE #2. PROPERTY #2 COLUMBIA, SC | | None | K | W | | | | | |
| 30. ESTATE #2. COPYRIGHT | A | Royalty | J | W | | | | | |
| 31. ESTATE #2. PHOTO NEGATIVES | | None | K | W | | | | | |
| 32. ███ EMPLOYEE STOCK OPTIONS | | None | N | W | GRANT | 02/08 | J | | |
| 33. ███ EMBARQ RSTD STOCK | | None | O | W | GRANT | 02/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100,001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25.000.001 - $50.000.000 | R =Cost (Real Estate Only) | P4 =More than $50.000.000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/19/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUST:

#8    FORMERLY TEMP. FOREIGN FND
#9    FORMERLY AMER. CENTURY
#12   FORMERLY FIDELITY GROWTH & INCOME
#14   FORMERLY FIDELITY GROWTH & INCOME
#20   FORMERLY ALLIANCE BERNSTEIN
#22   FORMERLY TEMPLETON FOR.

#8-17, 22. PRUDENTIAL RETIREMENT IS FORMERLY KNOWN AS CIGNA R&I SERVICES.

#32. THIS INVESTMENT REFLECTS STOCK OPTIONS THAT WERE GRANTED IN FEBRUARY 2006 AND THE TOTAL ESTIMATED VALUE OF ALL STOCK OPTIONS OWNED AS OF DECEMBER 31, 2006.

#33. THIS INVESTMENT RELFECTS RESTRICTED STOCK THAT WAS GRANTED IN FEBRUARY AND JULY 2006 AND THE TOTAL ESTIMATED VALUE OF ALL RESTRICTED STOCK (NOT OTHERWISE REPORTED HERE IN) OWNED AS OF DECEMBER 31, 2006.

#18,23,33. IN CONNECTION WITH THE SPIN-OFF OF EMBARQ CORPORATION FROM SPRINT NEXTEL CORPORATION EFFECTIVE MAY 17,2006, RESTRICTED SHARES OF EMBARQ COMMON STOCK ("RESTRICTED STOCK") AND EMBARQ RESTRICTED STOCK UNITS (RSU's) WERE DISTRIBUTED OR ISSUED TO                              AT THE TIME OF THE SPIN-OFF       HELD                          OR RSU's AT THE CLOSE OF BUSINESS ON MAY 8, 2006, THE RECORD DATE FOR THE SPIN-OFF.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/19/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _7/19/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544